**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v. Matthew Estrada | | | DISTRICT JUDGE: Janet T. Neff |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:07-cr-295 | 1/26/2018 | 11:01 AM - 11:34 AM | Grand Rapids | |

**APPEARANCES**

| Government: Joel Fauson for Timothy P. VerHey | Defendant: Kenneth P. Tableman | Counsel Designation: CJA Appointment |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment:<br>　__ mute　__ nolo contendre<br>　__ not guilty　__ guilty<br>__ Final Pretrial Conference<br>__ Detention (waived __ )<br>__ Motion Hearing<br>✓ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other: _____<br><br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>__ Order Appointing Counsel<br>✓ Other: Judgment | Charging Document:<br>　__ Read　__ Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

**SENTENCING**

| Imprisonment: Time Served<br>Probation: _____<br>Supervised Release: 48 Months<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____ | Plea Agreement Accepted: __ Yes __ No<br>Defendant informed of right to appeal: ✓ Yes __ No<br>Counsel informed of obligation to file appeal: ✓ Yes __ No<br>Conviction Information:<br>　Date: _____<br>　By: _____<br>　As to Count (s): _____ |
|---|---|

**ADDITIONAL INFORMATION:**
Defendant entered a plea of guilty as to Violation One; Defendant found guilty as to Violation One; Violation Two dismissed on motion by the government.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathy Anderson | **Case Manager:** R. Wolters |